UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NO. 10-20405
HON. PATRICK J. DUGGAN

UNITED STATES OF AMERICA,

    Plaintiff(s),

vs.

TIMMY ROBERTS,

    Defendant(s).
_____/

ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

At a session of said Court, held in the U.S. District Courthouse, City of Detroit, County of Wayne, State of Michigan on August 11, 2010.

This matter is before the Court on Oral Motion to Withdraw as Counsel for Defendant by Mary Yancy and the Government having no objection, therefore;

IT IS ORDERED that the Oral Motion to Withdraw as Counsel for Defendant by Mary Yancy be and the same is hereby GRANTED.

    s/Patrick J. Duggan
    Patrick J. Duggan
    United States District Judge

Dated: August 11, 2010

I hereby certify that a copy of the foregoing document was served upon counsel of record on August 11, 2010, by electronic and/or ordinary mail.

    s/Marilyn Orem
    Case Manager