UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                                  Crim No. 10-20405
                                                  Hon. Patrick J. Duggan

v.

D-1, TIMMY ROBERTS,
      A.K.A. TIMMIE ROBERTS

        Defendant.
_____/.

### ORDER DISMISSING FORFEITURE ALLEGATION FROM THE INDICTMENT

Upon the application of the Plaintiff, **THE COURT HEREBY DISMISSES** the Forfeiture Allegation from the First Superseding Information, such that the forfeiture of the one (1) Ruger 9mm handgun, model P85, serial number 30217422, will not be pursued by the Plaintiff in this criminal case.

                                         S/Patrick J. Duggan
                                         Patrick J. Duggan
                                         United States District Judge

Dated: February 15, 2011

I hereby certify that a copy of the foregoing document was served upon counsel of record on February 15, 2011, by electronic and/or ordinary mail.

                                         S/Marilyn Orem
                                         Case Manager